In the Matter of the Application of LEWIS M. BORDEN and Others for a Determination as to the Validity, etc., of the Disposition of Property Contained in the Last Will and Testament of MARION BORDEN, Deceased.— Decree of the Surrogates' Court affirmed upon the grounds therein stated to the effect that the will does not create a trust, and that Trustees of Masonic Hall and Asylum Fund take the residuary estate absolutely for the purposes in said will directed. All concur, except Hill, J., who votes for a modification of the decree to provide that there is a valid charitable trust created by the will under which the Trustees of Masonic Hall and Asylum Fund take the residuary estate in trust for the charitable uses provided in the will. McNamee, J., not voting.

ST. LAWRENCE MOTOR SALES, INC., Respondent, v. HOWARD G. CRAIG, Appellant. — Judgment unanimously affirmed, with costs. McNamee, J., not voting.

CLARENCE E. TAYLOR, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

JOHN P. FAILING, Respondent, v. CAMPBELL MOTORS, INC., and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

ROBERT SMITH, Respondent, v. FLORA A. WOODWORTH and Another, Appellants. — Order unanimously affirmed, with ten dollars costs and disbursements. [142 Misc. 889.]

In the Matter of the Estate of VIOLA J. PURCELL, Late of the City of Elmira, Chemung County, New York, Deceased.— Decree unanimously affirmed, with costs to respondent Ollie May Hall payable out of the estate.

In the Matter of the Application of PUBLIC SERVICE INTERSTATE TRANSPORTATION Co., INC., Appellant, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, STATE DIVISION, Respondent. TAPPAN AND NYACK BUS, INC., Intervenor, Respondent.— Order modified so as to include in the return the report prepared by the assistant counsel of the Commission who conducted the hearings, and as so modified affirmed, without costs. All concur. McNamee, J., not voting.

RAYMOND L. BRADSHAW, Respondent, v. THE CITY OF SCHENECTADY and Others, Respondents, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. McNamee, J., not voting.

In the Matter of the Appraisal of the Estate of LAWRENCE B. SUTFIN, Deceased, Pursuant to Article 10 of the Tax Law Relating to Taxable Transfers of Property. — Order and decree unanimously affirmed, with costs, on the ground that the transfer was made for a valid and adequate consideration and was not made in contemplation of death. (*Matter of Baird*, 219 App. Div. 418.) McNamee, J., not voting.

MONTICELLO LUMBER COMPANY, INC., Respondent, v. ABRAHAM GLICK, Appellant, Impleaded with Others.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The defendant's mortgage is not usurious. (*Jenkins* v. *Moyse*, 254 N. Y. 319.) If plaintiff is entitled to any relief it is to be had through an action at law to recover damages for fraud. All concur, except Rhodes, J., who dissents and votes to affirm on the ground that plaintiff is entitled to equitable relief because of the alleged misrepresentations. McNamee, J., not voting.